IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD WILLIAMS,
    Plaintiff,

vs.                                5:06cv153/RS/MD

GEORGETTE BELLER, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On January 9, 2007, this court entered an order granting plaintiff leave to proceed *in forma pauperis* (doc. 9) and assessing an initial partial filing fee of $8.32. Plaintiff was given 30 days in which to submit the fee. Plaintiff filed a notice of change of address during that thirty day period, but did not submit the initial partial filing fee as instructed. On February 16, 2007, this court entered an order to show cause why this case should not be dismissed for plaintiff's failure to prosecute and comply with an order of the court. (Doc. 22). This order was returned as undeliverable due to the plaintiff's release from custody. Plaintiff has still failed to pay the initial partial filing fee or otherwise explain his inability to do so, and he has failed to advise the court of his current address.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 2nd day of March, 2007.

                                 /s/ *Miles Davis*
                                 **MILES DAVIS**
                                 **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 5:03cv76/MMP/MD*