IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD WILLIAMS,

    Plaintiff,

vs.                                    CASE NO. 5:06cv153/RS

GEORGETTE BELLER; HERMAN
D. LARAMORE; and DAVID J.
SMITH, PH.D.,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 24). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice for Plaintiff's failure to comply with an order of the court and for failure to prosecute this action.

3. The clerk is directed to close the file.

ORDERED on April 2, 2007.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**